IN THE

# SUPREME COURT OF NEBRASKA.

## JANUARY TERM, A. D. 1898.

PRESENT:

HON. T. O. C. HARRISON, CHIEF JUSTICE.
HON. T. L. NORVAL, } JUDGES.
HON. J. J. SULLIVAN, }
HON. ROBERT RYAN, }
HON. JOHN M. RAGAN, } COMMISSIONERS.
HON. FRANK IRVINE, }

---

THOMAS DOWNS v. JAMES B. KITCHEN.

FILED JANUARY 19, 1898. NO. 7758.

Negligence: DANGEROUS BUILDING: LIABILITY OF OWNER. Following *Kitchen v. Carter*, 47 Neb. 776, the judgment of the district court is affirmed.

ERROR from the district court of Douglas county. Tried below before AMBROSE, J. *Affirmed.*

*Connell & Ives*, for plaintiff in error.

*George E. Pritchett* and *J. C. Cowin, contra.*

PER CURIAM.

The facts in this case are substantially the same as those in *Kitchen v. Carter*, 47 Neb. 776, and upon the authority of that case the judgment of the district court in this is

AFFIRMED.